# Order

Michigan Supreme Court
Lansing, Michigan

February 8, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

128878(166)

46TH CIRCUIT TRIAL COURT,
        Plaintiff, Counter-Defendant,
        Third-Party Plaintiff-Appellee,

v

COUNTY OF CRAWFORD and CRAWFORD
COUNTY BOARD OF COMMISSIONERS,
        Defendants, Counter-Plaintiffs,
        Third-Party Plaintiffs-Appellants,
and

COUNTY OF KALKASKA,
        Intervening Defendant,
        Counter-Plaintiff, Third-Party
        Plaintiff-Appellant,
and

COUNTY OF OTSEGO,
        Third-Party Defendant.
_____/

SC: 128878
COA: 254179
Crawford CC: 02-005951-CZ

On order of the Court, the motion for reconsideration of this Court's order of January 26, 2006 is considered, and it is GRANTED. On reconsideration, we MODIFY our order dated January 26, 2006, only in the following respect: We direct the Clerk of the Court to place this case on the May 2006 session calendar for argument and submission.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 8, 2006

d0208

_Corbin R. Davis_
Clerk